**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1142**

RICHARD MAINA KIHARA,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: July 18, 2017                          Decided: September 6, 2017

Before SHEDD, FLOYD, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

John E. Gallagher, Catonsville, Maryland, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Mary Jane Candaux, Assistant Director, Madeline Henley, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Maina Kihara, a native and citizen of Kenya, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and Kihara's claims, and conclude that the Board did not abuse its discretion in denying his motion. *See* 8 C.F.R. § 1003.2(a) (2017); *Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Kihara* (B.I.A. Jan. 4, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
